

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2022

No. 04-21-00542-CR

Fredy Eduardo Salazar **ESCOBAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7682
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellee's brief originally was due to be filed on July 11, 2022. On July 11, 2022, appellee filed an unopposed motion requesting a sixty-day extension of time in which to file the brief.

The motion is GRANTED, and appellee is ORDERED to file its brief **no later than September 9, 2022**. **FURTHER REQUESTS FOR EXTENSIONS OF TIME WILL BE DISFAVORED IN THE ABSENCE OF EXTENUATING CIRCUMSTANCES**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court